STATE OF CONNECTICUT *v.* ALBERT FEDERICI

The defendant's motion for a review of the trial court's denial, dated November 28, 1977, of his motion for rectification of appeal from the Superior Court in New Haven County is granted by the court and the relief requested is granted to the extent that the trial court is directed to include in its finding such claims of law, if any, as were made by the defendant.

*Francis T. Mandanici,* in support of the motion.

Submitted January 5—decided February 2, 1978

GOLDIE SMITH *v.* ZONING BOARD OF APPEALS OF THE TOWN OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Litchfield County is denied by the court.

*John A. Mettling* and *Carlo Forzani,* in support of the petition.

*Victor M. Muschell,* in opposition.

Submitted January 17—decided February 2, 1978

ARGOS ASSOCIATES ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HARTFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*William A. Roberto,* assistant corporation counsel, in support of the petition.

*Jules S. Tarlow,* in opposition.

Submitted January 23—decided February 2, 1978